UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>SEAN BRYCE HENDERSON,<br><br>Defendant. | NO. MJ24-773<br><br>**ORDER AUTHORIZING DETENTION PENDING INITIAL APPEARANCE** |

TO: The United States Marshal and any Authorized United States Officer:

Based upon a review of a sworn complaint, the Court finds there is probable cause to believe that the defendant, SEAN BRYCE HENDERSON, has violated Section 2252(a)(2) of Title 18 of the United States Code.

It is therefore ORDERED:

1. You are directed to bring the defendant before the nearest United States Magistrate Judge, or other authorized judicial officer, for initial appearance as promptly as that hearing can be scheduled with the court; and

//
//

ORDER AUTHORIZING DETENTION PENDING INITIAL APPEARANCE - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

2. Defendant shall be held in custody pending that appearance.

_____
S. KATE VAUGHAN
UNITED STATES MAGISTRATE JUDGE

12/7/2024,     4:30 PM   Winthrop, WA
Date, Time, and Location

Presented by:

*s/ Matthew P. Hampton*
MATTHEW P. HAMPTON
Assistant United States Attorney

ORDER AUTHORIZING DETENTION PENDING INITIAL APPEARANCE - 2