UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                    Plaintiff,

     v.

SEAN B. HENDERSON,

                    Defendant.

CASE NO. CR24-233 and CR 26-45

**ORDER REVOKING APPEARANCE BOND IN CR 24-233 AND DETAINING DEFENDANT IN THAT CASE AND IN CR 26-45**

The Court has conducted a hearing on revocation of Defendant's release order in CR24-233 and a detention hearing in CR26-45 and finds there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

Defendant pled guilty to receipt of child pornography in CR 24-233. He violated conditions of release by committing a new criminal offense, possession of child pornography. Defendant did not contest revocation of release in CR24-233 or issuance of a detention order in that case and in CR26-045, possession of child pornography.

ORDER REVOKING APPEARANCE BOND
IN CR 24-233 AND DETAINING
DEFENDANT IN THAT CASE AND IN CR
26-45 - 1

The Court accordingly revokes the appearance bond and release order, and orders Defendant detained.

It is therefore **ORDERED**:

(1)     Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal.

(2)     Defendant shall be afforded reasonable opportunity for private consultation with counsel.

(3)     On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

(4)     The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 9th day of April, 2026.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER REVOKING APPEARANCE BOND
IN CR 24-233 AND DETAINING
DEFENDANT IN THAT CASE AND IN CR
26-45 - 2